IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| DIANNE MOFFETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:16-cv-00309-HSM-CCS |
| | ) | |
| MELVIN ROHRER; ROHRER AND ASSOCIATES MARKETING GROUP, INC. d/b/a RAM GROUP; and SYMETRA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above styled cause is dismissed with prejudice.

Respectfully Submitted,

/s/T. Kenan Smith
T. Kenan Smith, (BPR #012802)
Hodges, Doughty & Carson, PLLC
617 Main Street
P.O. Box 869
Knoxville, TN 37901-0869
(865) 292-2307
ksmith@hdclaw.com
*Attorney for Plaintiff*

/s/Mary Ann Stackhouse
Mary Ann Stackhouse, Esq. (BPR #017210)
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
mstackhouse@lewisthomason.com

*Attorneys for Defendants Melvin Rohrer and Rohrer and Associates Marketing Group, Inc.*

/s/Dean T. Howell
Dean T. Howell (BPR # 022130)
Woolf, McClane, Bright, Allen & Carpenter, PLLC
900 Riverview Tower
900 South Gay Street
P. O. Box 900
Knoxville, TN 37901-0900
(865) 215-1000
dhowell@wmbac.com
*Attorney for Symetra Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of March, 2017, a copy of the foregoing Stipulation Of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/Mary Ann Stackhouse
Mary Ann Stackhouse, Esq. (BPR #017210)